JS-6

OLIVIER A. TAILLIEU (SBN 206546)
*o@taillieulaw.com*
RAFFI V. ZEROUNIAN (SBN 236388)
*rz@taillieulaw.com*
**THE TAILLIEU LAW FIRM LLP**
450 N. Roxbury Drive, Suite 700
Beverly Hills, California 90210
Telephone: (310) 651-2440
Facsimile: (310) 651-2439

Attorneys for Appellant Howard Samuels

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>HOWARD SAMUELS,<br>Debtor. | U.S.D.C. Case No. CV 14-2205-GW<br><br>Bankruptcy Court Case No. 2:12-bk-12287-ER |
| ALEXANDER D. SHOHET and BERNADINE F. FRIED,<br><br>Plaintiffs,<br><br>v.<br><br>HOWARD SAMUELS,<br><br>Defendant. | Adv. Proc. No. 2:12-ap-01834-ER<br><br>ORDER ON APPELLANT HOWARD SAMUELS' APPEAL OF BANKRUPTCY COURT'S RULING ON MOTION TO DISMISS ADVERSARY PROCEEDING |

# ORDER

HOWARD SAMUELS Appeal of Bankruptcy Court's Ruling on Motion to Dismiss Adversary Proceeding came on for hearing before Judge George H. Wu of the United States District Court, Central District of California on July 10, 2014.

The Court adopted the tentative ruling as its final ruling.

**IT IS HEREBY ORDERED** that:

1. The Bankruptcy Court's ruling that collateral estoppel bars Appellant from raising the issue of Appellees' standing to pursue their claims is reversed and the issue is remanded for the bankruptcy court to determine on the merits whether Appellees in fact have standing to pursue their claims against Appellant;

2. The bankruptcy court's determination that judicial estoppel does not bar Appellees' damages claims is affirmed; and

3. The Court's tentative ruling, which became the Order of the Court, is attached to Docket Entry No. 17.

Dated: July 30, 2014

By: George H. Wu
________________________

**Honorable George H. Wu**
**Judge of the United States District Court, Central District of California**